**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101 |

January 11, 2021

## LETTER ORDER

Re:   **Erenses, et al. v. Villeneuve, et al.**
         **Civil Action No. 19-16978 (JMV)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders the following:

1. Defendants will provide a **certified** answer to Plaintiffs' interrogatory request #2 by **January 31, 2021**.

2. Fact discovery shall be completed by **February 28, 2021.** There shall be no further extensions.

3. Plaintiffs have represented that they have produced all expert reports to Defendants. Defendants shall serve all of their expert reports no later than **March 31, 2021.**

4. The Court will conduct a telephone status conference with the parties on **April 2, 2021 at 11:30 AM**. Counsel for Defendants shall initiate the call.

**IT IS SO ORDERED.**

         s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**